IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMEY MCKEE, | No. 4:23-CV-00015 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| M. ROWE, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 24th day of January 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 26) for partial dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6) is **DENIED**.

2. Defendants shall file an appropriate responsive pleading pursuant to the Federal Rules of Civil Procedure.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge